IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHIPPING and TRANSIT, LLC,

    Plaintiff,

**Case No. 15-CV-80578**

vs.

SHOE PALACE CORPORATION,

    Defendant.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Shipping and Transit, LLC hereby voluntarily dismisses this action and all claims asserted therein with prejudice, with each party to bear its own costs and attorneys' fees. This Notice is being filed before Defendant has served an answer or other response to the Complaint.

Dated: August 6, 2015

s/Jason P. Dollard[1]
JASON P. DOLLARD, FBN 0649821
Email: jdollard@LrEvansPa.com
Leslie Robert Evans & Associates, PA
214 Brazilian Avenue, Suite 200
Palm Beach, Florida 33480
Telephone: (561) 832-8288
Facsimile: (561) 832-5722
Counsel for Plaintiffs

---

[1] I, Jason P. Dollard, Esquire, hereby confirm I have the express permission from Gene JH Cherng, Esquire, out of state counsel for Defendant Shoe Palace Corporation, whom did not enter a Notice of Appearance, to file this Stipulated Dismissal of Claims.

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF, on the counsel listed below.

GENE J.H. CHERNG, ESQ.
MOUNT, SPELMAN & FINGERMAN, P.C.
333 West San Carlos Street
Riverpark Tower
Suite 1650
San Jose, CA 95110
( 408) 279-7000- TELEPHONE
GCHERNG@MOUNT.COM
Counsel for Defendant Shoe Palace Corporation