UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80578-CIV-MARRA

SHIPPING and TRANSIT, LLC,

    Plaintiff,

vs.

SHOE PALACE CORPORATION,

    Defendants.
_____/

## ORDER

This cause is before the Court upon Plaintiff's Notice of Dismissal with Prejudice (DE 7). The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the case is dismissed with prejudice. The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 7th day of August, 2015.

_____
KENNETH A. MARRA
United States District Judge